# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00118 |
| CASE NAME: | USA v. Josue Y. Ramirez |
| ATTYS FOR PLA: | Tracy Hino |
| ATTYS FOR DEFT: | Donna Gray |
| PROBATION OFFICER | Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/27/2006 | TIME: | 10:42:35-11:11:48am |

COURT ACTION:  EP: Order to Show Cause Why Conditions of Probation Should Not Be Modified - defendant present, not in custody.

Defendant admits to the four violations.

Ms. Gray requests that the court hold off on Special Condition No. 8 and hold a Status Conference in 90 days.  Government agrees with the recommendations from probation.

The court having considered the comments of counsel and the defendant's admission as to the 4 violations, will maintain defendant's probation and impose the following special conditions:

| | |
|---|---|
| Special Condition No. 4 | That the defendant shall participate in mental health assessment(s), treatment and/or counseling, which may include an anger management program, as directed by the U.S. Probation Office. |
| Special Condition No. 5 | That the defendant execute all necessary disclosure, authorization, and waiver forms requested by the Probation Office, in order to provide the Probation Office access to and allow the Probation Office to share any information relevant to the welfare of the defendant's daughter, Victoria Ramirez. |

| | |
|---|---|
| Special Condition No. 6 | That the defendant shall notify his employer that, pursuant to the conditions imposed by the Court, he is prohibited from traveling outside the island of Oahu and the state of Hawaii without prior approval from the Probation Office; and that the Probation Office is permitted to confirm the defendant's compliance with such notification requirement. |
| Special Condition No. 7 | That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition. |

Status Conference Re: Special Condition No. 8 set 6/7/06 at 9:30am, Judge Chang.

There being no objection by both counsel, Special Condition No. 1 shall be amended as follows:

| | |
|---|---|
| Special Condition No. 1 | That restitution of $600 is due immediately to State of Hawaii, Unemployment Insurance Division, Special Activities Unit and any remaining balance upon release from confinement be paid during the period of supervision on a monthly installment basis, at a rate of not less than $50 and up to 10 percent of his monthly gross income, based on the defendant's ability to pay, as determined by the Probation Office. |

Submitted by: Shari Afuso, Courtroom Manager