EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

TRACY A. HINO #3202
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER MODIFYING CONDITIONS |
| vs. | ) | OF PROBATION; CERTIFICATE |
| | ) | OF SERVICE |
| | ) | |
| JOSUE Y. RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        ORDER MODIFYING CONDITIONS OF PROBATION

          On February 27, 2006, the Court had a hearing on the

United States Probation Office's petition for modifications of

conditions of probation. Tracy Hino, Assistant U.S. Attorney, and

J. Martin Romualdez, United States Probation Officer, appeared on

behalf of the government.  Donna Gray, Assistant Federal public

Defender, appeared on behalf of defendant JOSUE Y. RAMIREZ, who

was also present.  The Court having considered the petition, the

supporting memorandum, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the petition be and is granted in part, and denied in part, and that the Defendant's conditions of probation shall be modified by amending the wording of Special Condition 1 and by adding Special Condition Nos. 4 and 7:

Special Condition No. 1    That restitution of $600 is due immediately to State of Hawaii, Unemployment Insurance Division, Special Activities Unit and any remaining balance upon release from confinement be paid during the period of supervision on a monthly installment basis, at a rate of not less than $50 and up to 10 percent of his monthly gross income, based on the Defendant's ability to pay, as determined by the Probation Office.

Special Condition No. 4    That the Defendant shall participate in mental health assessment(s), treatment and/or counseling, which may include an anger management program, as directed by the U.S. Probation Office.

Special Condition No. 5    That the Defendant execute all necessary disclosure, authorization, and waiver forms requested by the Probation Office, in order to provide the Probation Office access to and allow the Probation Office to share any information relevant to the welfare of the Defendant's daughter, Victoria Ramirez.

Special Condition No. 6    That the Defendant shall notify his employer that, pursuant to the conditions imposed by the Court, he is prohibited from traveling outside the island of Oahu and the state of Hawaii

without prior approval from the Probation office; and that the Probation Office is permitted to confirm the Defendant's compliance with such notification requirement.

Special Condition No. 7     That the Defendant shall submit his person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The Defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

In addition, the Court scheduled a status hearing for June 7, 2006 at 9:30 a.m. to review the Defendant's supervision adjustment.

All other conditions of probation previously imposed shall remain in effect.

DATED: March 8, 2006, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge

USA v. JOSUE Y. RAMIREZ
Cr. No. 05-00118
Order Modifying Conditions of Probation

3

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served by hand-delivery on the following at their last known addresses:


Donna M. Gray
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Ala Moana Blvd., Rm 7-104
Honolulu, HI 96850

Attorney for Defendant


J. MARTIN ROMUALDEZ
U.S. Probation Officer
United States Probation Office
300 Ala Moana Boulevard, Room C126
Honolulu, Hawaii  96850


DATED:  March 7, 2006, at Honolulu, Hawaii.



 /s/ Valerie Domingo