AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2006
at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

JOSUE Y. RAMIREZ
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-00118 01

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | **Date and Time** |
| Before: Kevin S. C. Chang, United States Magistrate Judge | February 24, 2006 @ 10:00 a.m., KSC |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title  United States Code, Section(s) .

Brief description of offense:
Order to Show Cause Why Probation Should Not Be Modified.

U.S. MARSHALS SERVICE
HONOLULU, HI
2006 FEB 22 AM 9:09
RECEIVED

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | | |
|---|---|---|---|
| Certified Fee | | Postmark<br>Here | |
| Return Receipt Fee<br>(Endorsement Required) | | | |
| Restricted Delivery Fee<br>(Endorsement Required) | | | |
| Total Postage & Fees | $ | | |

2/23/06

2/17/06
Date

Sent To: Josue Ramirez
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

AO 83 (Rev. 12/85) Summons in a Criminal Case                              CR 05-00118 01

# RETURN OF SERVICE

Service as made by me on:[1]                    Date

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant at: _____

☐    Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
     Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M. Hanohano_____
              Date                    Name of United States Marshal

                                      _____
                                      (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



