# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00118 |
| CASE NAME: | USA v. Josue Y. Ramirez |
| ATTYS FOR PLA: | Tracy Hino |
| ATTYS FOR DEFT: | Donna Gray |
| PROBATION OFFICER | Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 6/15/2006 | TIME: | 10:33-11:04:22am |

COURT ACTION:  EP: Status Conference Re: Special Condition No. 8 - defendant present, not in custody.

Defendant denies the first violation relating to Special Condition No. 5

Defendant admits the second violation relating to Special Condition No. 1

Court finds that defendant has admitted to the second violation and finds defendant in violation of the first violation and modifies the term of probation as follows:

> That the defendant serve twelve (12) days of intermittent confinement on consecutive weekends at the Federal Detention Center (FDC) in Honolulu commencing on September 1, 2006, and to be completed by September 24, 2006. The defendant shall comply with the rules and regulations set forth by the FDC. The defendant shall surrender to the FDC no later than 6:30 p.m. on each Friday and shall be released from the FDC no later than 6:30 p.m. on each Sunday.

In the event defendant violates any of the terms and conditions from now until 9/1/06, the court will advance the 9/1/06 commencement date.  If defendant is in compliance with the reimbursement between now and 9/1/06, defendant may file a motion for reconsideration regarding the twelve days of intermittent confinement.

Ms. Gray to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager