PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY        # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JOSUE Y. RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00118 |
| | ) | |
| Plaintiff, | ) | ORDER MODIFYING |
| | ) | CONDITIONS OF SUPERVISED |
| vs. | ) | RELEASE |
| | ) | |
| JOSUE Y. RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On June 15, 2006, a Probable Cause Hearing Why Supervised Release Should Not be Revoked was held.  Donna M. Gray appeared with, and on behalf of, Defendant Josue Y. Ramirez, and Tracy Hino, Assistant United States Attorney, appeared on behalf of the government.  Defendant denies the first violation relating

to Special Condition No. 5.  Defendant admits the second violation relating to Special Condition No. 1.

After hearing arguments of counsel, the Court finds defendant is in violation of the first violation and defendant has admitted to the second violation.

THEREFORE, THE COURT HEREBY ORDERS that the conditions of defendant's supervised release modified to reflect the following:

> That the defendant serve twelve (12) days of intermittent confinement on consecutive weekends at the Federal Detention Center (FDC) in Honolulu commencing on September 1, 2006, and to be completed by September 24, 2006.  The defendant shall comply with the rules and regulations set forth by the FDC.  The defendant shall surrender o the FDC no later than 6:30 p.m. on each Friday and shall be release from the FDC no later than 7:30 p.m. on each Sunday.

IT IS FURTHER ORDERED that in the event defendant violates any of the terms and conditions from now until September 1, 2006, the Court will advance the September 1, 2006 commencement date.  If the defendant is in compliance with the reimbursement for the schedule presently in place

between now and September 1, 2006, defendant may file a motion for reconsideration regarding the twelve days of intermittent confinement.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, June 26, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

APPROVED AS TO FORM ONLY:
/s/ Tracy Hino
TRACY HINO
Assistant United States Attorney

UNITED STATES v. JOSUE Y. RAMIREZ
Cr. No. 05-00118
ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE