PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY        # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JOSUE Y. RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00118 KSC |
| | ) |
| Plaintiff, | ) MOTION TO RECONSIDER |
| | ) SENTENCE OF INTERMITTENT |
| vs. | ) CONFINEMENT; DECLARATION |
| | ) OF COUNSEL; EXHIBIT A; |
| JOSUE Y. RAMIREZ, | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION TO RECONSIDER**
<u>**SENTENCE OF INTERMITTENT CONFINEMENT**</u>

COMES NOW the defendant, Josue Y. Ramirez, through counsel, Donna M. Gray, Assistant Federal Defender, and moves this Honorable Court to

reconsider the twelve (12) days of intermittent confinement, on consecutive weekends at the Federal Detention Center (FDC), commencing on September 1, 2006, and to be completed by September 24, 2006, imposed by this Court on June 15, 2006.

      This motion is based upon the attached declaration of counsel and any evidence that may be adduced at a hearing on this motion.

      DATED: Honolulu, Hawaii, August 4, 2006.

                          /s/ Donna M. Gray
                          DONNA M. GRAY
                          Attorney for Defendant
                          JOSUE Y. RAMIREZ

# CERTIFICATE OF SERVICE

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on August 4, 2006:

    Served Electronically through CM/ECF:

    TRACY A. HINO
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    DATED: Honolulu, Hawaii, August 4, 2006.

    /s/ Donna M. Gray
    DONNA M. GRAY
    Attorney for Defendant
    JOSUE Y. RAMIREZ