IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 05-00118 KSC |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| vs. ) | |
| JOSUE Y. RAMIREZ, ) | |
| Defendant. ) | |

DECLARATION OF COUNSEL

I, DONNA M. GRAY, hereby declare as follows:

1.  That I am counsel for defendant, Josue Y. Ramirez, having been appointed pursuant to the Criminal Justice Act.

2.  That on June 15, 2006, Mr. Ramirez appeared before this Court at a Status Conference on Conditions of Probation.

3.  That on June 15, 2006, this Court found Mr. Ramirez to be in violation of Condition No. 5, for failure to execute waiver forms to allow the Probation Office access to information relevant to the welfare of his daughter, Victoria Ramirez; and Condition No. 1, for failure to make timely restitution payments to the State of Hawaii.

4.     That on June 15, 2006, this Court ordered that Mr. Ramirez serve twelve (12) days of intermittent confinement on consecutive weekends beginning September 1, 2006, to be completed by September 24, 2006.

5.     That this Court stated in its Order of June 15, 2006, that if Mr. Ramirez is in compliance with the reimbursement schedule in place before September 1, 2006, he could file a motion for reconsideration of the twelve days of intermittent confinement.

6.     That attached hereto as Exhibit A, is a copy of the payments made to the State of Hawaii.  A $150 payment was made on June 28, 2006, and a $250 payment was made on July 28, 2006.  It appears that restitution has now been completed.

7.     That Mr. Ramirez respectfully requests that this Court reconsider the sentence of twelve days of intermittent confinement imposed on June 15, 2006, and scheduled to commence on September 1, 2006.

8.     That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:   Honolulu, Hawaii, August 4, 2006.

   /s/Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
JOSUE Y. RAMIREZ

In the United States District Court, for the District of Hawaii,
<u>United States v. Ramirez</u>, Cr. No. 05-00118 KSC; Declaration of Counsel