# EXHIBIT A

```
07/28/06                OVERPAYMENT COLLECTION DETAIL              L1PVD15N
13:43:38.4                                                          STAHIG
SSAN                  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
NAME                  RAMIREZ, JOSUE Y
OP NO                  2          STATE FIPS CODE       0
TOTAL AMOUNT          1300.00     LEGAL STATUS CODE     APPEAL
LIABLE - CLMT BAL     0.00        REVIEW DATE
PRIORITY COLLECT                  MONTHLY PAYMENT DUE  30   100
OFFSET AGREE PCT      0           LAST DECISION DATE   12/30/04
CLASS/DETECT/CAUSE    F  G  CE    COLLECTION FISCAL YR 5   100%  0   000%
ACTION     ACT DATE   ACT BY    AMOUNT    OFF WED  COLL/REV
----------------------------------------------------------------------------
CASHCOLL   01/31/05   STAHIG    -100.00              K
............................................................................
CASHCOLL   02/28/05   STAHIG    -100.00              K
............................................................................
CASHCOLL   04/04/05   ELISHI    -100.00              K
............................................................................
CASHCOLL   05/03/05   ELISHI    -100.00              K
............................................................................
CASHCOLL   05/31/05   ELISHI    -100.00              K
............................................................................
NEXT OPCD KEY   _____            MORE DATA

07/28/06                OVERPAYMENT COLLECTION DETAIL              L1PVD15N
13:43:44.4                                                          STAHIG
SSAN                  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
NAME                  RAMIREZ, JOSUE Y
OP NO                  2

ACTION     ACT DATE   ACT BY    AMOUNT    OFF WED  COLL/REV
----------------------------------------------------------------------------
CASHCOLL   07/06/05   ELISHI    -100.00              K
............................................................................
CASHCOLL   08/03/05   STAHIG    -100.00              K
............................................................................
CASHCOLL   09/12/05   ELISHI    -100.00              K
............................................................................
CASHCOLL   03/28/06   ALILAM     -50.00              K
............................................................................
CASHCOLL   05/10/06   IREMIY     -50.00              K
............................................................................
CASHCOLL   06/28/06   IREMIY    -150.00              K
............................................................................
CASHCOLL   07/28/06   STAHIG    -250.00              K
           OP CLEARED, PD IN PERSON AT SA
NEXT OPCD KEY   _____            MORE DATA

07/28/06                OVERPAYMENT COLLECTION DETAIL              L1PVD15N
13:43:47.3                                                          STAHIG
SSAN                  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
NAME                  RAMIREZ, JOSUE Y
OP NO                  2

ACTION     ACT DATE   ACT BY    AMOUNT    OFF WED  COLL/REV
----------------------------------------------------------------------------
............................................................................
EMPLOYER       CHG        PCT   FUND       AMOUNT    CLMT BALANCE
EX8020000      C       100.000   3         1300.00         0.00




NEXT OPCD KEY   _____            END DATA
```

EXHIBIT ___A___