IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00118 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION FOR |
| vs. | ) | RECONSIDERATION |
| | ) | |
| JOSUE Y. RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION FOR RECONSIDERATION

On June 15, 2006, this Court issued an Order Modifying Conditions of Supervised Release for Josue Y. Ramirez ("Defendant").  Due to Defendant's failure to execute waiver forms and failure to make timely restitution payments to the State of Hawaii, the Court modified the conditions of Defendant's pretrial release to require that Defendant serve twelve (12) days of intermittent confinement on consecutive weekends at the Federal Detention Center in Honolulu commencing on September 1, 2006, and to be completed by September 24, 2006.  The Court also stated that "[i]f the defendant is in compliance with the reimbursement for the schedule presently in place between now and September

1, 2006, defendant may file a motion for reconsideration regarding the twelve days intermittent confinement."

On August 4, 2006, Defendant filed a Motion to Reconsider Sentence of Intermittent Confinement ("Motion for Reconsideration").  Defendant attached to his Motion for Reconsideration a copy of the payments made to the State of Hawaii.  A $150.00 payment was made on June 28, 2006, and a $250.00 payment was made on July 28, 2006.  It appearing to the Court that restitution has now been completed, the Court GRANTS Defendant's Motion for Reconsideration.  Defendant has not served, and will not be required to serve, the twelve (12) days of intermittent confinement ordered by the Court on June 15, 2006.  Accordingly, Plaintiff's Motion for Reconsideration is GRANTED.

     IT IS SO ORDERED.

     DATED:  Honolulu, Hawaii, October 6, 2006.



Kevin S.C. Chang
United States Magistrate Judge

United States of America v. Josue Y. Ramirez., Cr. No. 05-00118 KSC; ORDER GRANTING MOTION FOR RECONSIDERATION