March 19, 2007

Dear Donna Gray:

This is to inform you of a position that has been offered to me within the company I work for but before I can accept this offer I would like to request early release/termination of my probation due to the following.

In order to accept this position it requires me to be available to travel abroad mostly to the Asia Pacific Region on a short notice. If I do accept this position it will be a promotion for me with more pay and more responsibility as this position will require me to support the Pandemic Influenza workshops which are funded by Overseas Humanitarian, Disaster and Civic Aid (OHDACA).

If there's anything else you need from me in order to process this request just let me know.

Sincerely,

Josue Y Ramirez