# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

05/03/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00118

CASE NAME:         USA v. Josue Y. Ramirez

ATTYS FOR PLA:     Tracy A. Hino

ATTYS FOR DEFT:    Donna M. Gray

INTERPRETER:

|       JUDGE:   | Barry M. Kurren | REPORTER: | C6F |
|       DATE:    | 05/03/2007      | TIME:     | 10 - 10:02 |

COURT ACTION:   EP: [30] Defendant's Motion for Early Termination of Probation Pursuant to 18 U.S.C. 3564(C) - deft present on bail.  PO Timothy Jenkins present.

Motion GRANTED.
Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date is signed and filed.

Submitted by Richlyn Young, Courtroom Manager