Prob 35 (1/92)

**ORIGINAL**

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**United States District Court**
FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 3 2007

at __10__ o'clock and __10__ min. __a.__ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

JOSUE Y. RAMIREZ

Criminal No. CR 05-00118-01

On 9/29/2005, the above named was placed on probation for a period of two (2) years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served approximately 31 months of supervision.

Respectfully submitted,

_____
TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 3rd day of May, 2007.

_____
BARRY M. KURREN
U.S. Magistrate Judge